FILED
March 10, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:06-mj-68 KJM
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
John Cohen, )
)
)
Defendant.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release John Cohen Case No. 2:06-mj-68 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

  ___ Unsecured Appearance Bond

  ___ Appearance Bond with 10% Deposit

  _X_ $240,000 Appearance Bond secured by Real Property

  ___ Corporate Surety Bail Bond

  _X_ (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/10/06 at 4:15 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge