Dionne E. Choyce
Choyce & Crowell, LLP
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 449-8800
Facsimile: (916) 449-8880

Attorney for Defendant
JOHN D. COHEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. S 06-CR-0102 FCD |
| Plaintiff, | |
| v. | Order |
| JOHN D. COHEN, | "AS MODIFIED" |
| Defendant. | |

**IT IS HEREBY ORDERED**:   That the status conference set for March 27, 2006 is VACATED, and a new status conference date of April 17, 2006 at 9:30 a.m. is scheduled. It is further ORDERED that the time under the Speedy Trial Act between March 27, 2006 and April 17, 2006, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and because Mr. Choyce is currently scheduled to appear before the Sacramento County Superior Court on Monday March 27, 2006.

Dated: March 27, 2006         /s/ Frank C. Damrell Jr.
                              Honorable Frank C. Damrell Jr.
                              United States District Judge

1