Dionne E. Choyce
Choyce & Crowell, LLP
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 449-8800
Facsimile: (916) 449-8880

Attorney for Defendant
JOHN D. COHEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 06-CR-0102 FCD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Order |
| ) | |
| JOHN D. COHEN, ) | "AS MODIFIED" |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY ORDERED**: That pursuant to the stipulation filed June 8, 2006 the status conference set for June 12, 2006 is VACATED, and a new status conference date of July 24, 2006 at 9:30am is scheduled. It is further ORDERED that the time under the Speedy Trial Act between May 1, 2006 and July 24, 2006, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give counsel for defendant time to consult with defendant about the plea agreement which was recently extended. Defense counsel would also like to wait to proceed until the DNA results have come in..

Dated: June 9, 2006

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell Jr.
US District Court Judge
For the Eastern District of California