Dionne E. Choyce
Choyce & Crowell, LLP
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 449-8800
Facsimile: (916) 449-8880

Attorney for Defendant
JOHN D. COHEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 06-CR-0102 FCD |
| Plaintiff, ) | |
| v. ) | Order |
| JOHN D. COHEN, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED**:  That pursuant to the stipulation filed July 20, 2006, the status conference set for July 24, 2006 is VACATED, and a new status conference date of August 14, 2006 at 9:30am is scheduled. It is further ORDERED that the time under the Speedy Trial Act between April 17, 2006 and May 1, 2006, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), because Mr. Cohen suffered a mild heart attack on July 19, 2006 and needs a period of recovery.  Further, because defense counsel intends to reach a plea agreement before the next court date

Dated: July 20, 2006        /s/ Frank C. Damrell Jr.
                            Honorable Frank C. Damrell Jr.
                            UNITED STATES DISTRICT COURT JUDGE
                            FOR THE EASTERN DISTRICT OF CALIFORNIA

1