1  Dionne Choyce, #215837
   CHOYCE & CROWELL, LLP
2  331 J STREET, SUITE 200
   SACRAMENTO, CA 95814
3  (916) 449-8800 PHONE
   (916) 499-8880 FAX
4

5
   Attorney for Defendant
6  JOHN D. COHEN

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,      )  No. Cr-S-06-0102 FCD
13                                )
                  Plaintiff,      )
14                                )  REQUEST FOR ORDER AND ORDER
        v.                        )  EXONERATING BOND
15                                )
   JOHN D. COHEN,                 )
16                                )
                  Defendant.      )  Judge: Hon. Frank C. Damrell Jr.
17                                )
   _____)
18

19
   On or about March 10, 2006, a receipt for a Deed of Trust in the amount
20
   of $240,000.00 was placed in the court vault on behalf of John D.
21
   Cohen, Cr-S-06-102 FCD.
22
        On November 11, 2006 Mr. Cohen was sentenced to 36 months
23
   probation.
24
        It is hereby requested that the $240,000 bond be exonerated in the
25
   above-captioned case and that the Clerk of the District Court be
26
   //
27
   //
28

directed to reconvey the property to Ms. Myrtle Corbin, 114-10 209th Street, Cambridge Heights, New York 11411.

Dated:   December 15, 2006

                                        Respectfully submitted,

                                        /s/ Dionne Choyce
                                        Dionne Choyce
                                        Attorney for Defendant
                                        John D. Cohen

**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $240,000 secured by Ms. Myrtle Corbin is hereby exonerated.

Dated: December 18, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE