1  KDionne E. Choyce, SBN: 215827
   CHOYCE & CROWELL, LLP
2  711 Jefferson Street, Suite 204
   Fairfield, CA 94533
3  (707) 422-1202 phone
   (707) 422-1292 fax
4
   Attorneys for Defendant
5  **JOHN D. COHEN**

6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA,         )      CR No.: S-06-CR-0102 FCD
                                     )
11          Plaintiff,                )
                                     )
12 vs.                                )      STIPULATION AND ORDER
                                     )
13                                    )
   JOHN D. COHEN,                     )
14                                    )
            Defendant.                )
15                                    )
   _____    )
16

17     IT IS HEREBY stipulated between the United States of America by and through its

18 undersigned counsel, Matthew Segal, Assistant United States attorney, together with the

19 defendant, John D. Cohen, and his counsel, Dionne E. Choyce, that the hearing currently

20 scheduled for Monday, September 15, 2008, be vacated, and that a new TSR hearing be

21 scheduled for Monday, October 6, 2008, at 10:00 a.m. Mr. Choyce is unable to attend the

22 hearing on September 15, 2008, as he is previously scheduled to appear in Napa Superior Court

23 for a sentencing hearing.

24

25 Dated: September 12, 2008                        CHOYCE & CROWELL, LLP

26

27                                                 By:   /S/
                                                         DIONNE E. CHOYCE
28                                                       Attorney for JOHN D.COHEN

1
2  Dated: September 12, 2008                    McGREGOR W. SCOTT
                                                United States Attorney
3
4                                          By:  /S/_____
                                                MATTHEW SEGAL
5                                               Assistant U.S. Attorney
6
7      IT IS SO ORDERED:
8
9  Dated:  September 15, 2008             _____
                                           FRANK C. DAMRELL, JR.
10                                         UNITED STATES DISTRICT JUDGE

-2-