**FILED**

NOV - 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

JOHN D. COHEN,

        Defendant.
_____/

CR. S-06-0102 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release JOHN D. COHEN, Case No. CR. S-06-0102 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $ [ ]

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

1         ___   Corporate Surety Bail Bond

2         _X_  (Other) [Defendant is sentenced to imprisonment of Time Served. A

3         Judgment and Commitment Order to issue].

Issued at Sacramento, CA on November 3, 2008 at 10:20 a.m.

Dated: November 3, 2008

*[signature]*

FRANK C. DAMRELL JR.
UNITED STATES DISTRICT JUDGE

COHEN, JOHN, WILLIAM Order release TSR violstion.wpd     2